STATE v. JOHNSON

No. 91P99

Case below: 132 N.C.App. 135

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999. Notice of appeal by defendant pursuant G.S. 7A-30 (substantial constitutional question) dismissed 22 July 1999.

STATE v. JONES

No. 395A91-5

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari to review the order of Superior Court, Wake County, denied 22 July 1999. Petition by defendant for writ of mandamus denied 22 July 1999. Motion by defendant to hold petition for writ of certiorari and writ of mandamus in abeyance dismissed 22 July 1999.

STATE v. JONES

No. 435A90-3

Case below: Jones County Superior Court

Petition by defendant for writ of certiorari to review the order of Superior Court, Jones County, denied 22 July 1999.

STATE v. KANDIES

No. 197A94-3

Case below: Randolph County Superior Court

Petition by defendant for writ of certiorari to review the orders of Superior Court, Randolph County, denied 19 August 1999.

STATE v. KEITH

No. 234A99

Case below: 133 N.C.App. 192

Motion by Attorney General to dismiss appeal allowed 22 July 1999.